# United States Bankruptcy Court
## Northern District of Texas

In re **BLUE DUCK ENERGY, LTD.**

Debtor(s)

Case No. **24-20224-rlj11**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Blue Duck GP, LLC<br>PO Box 601695<br>Dallas, TX 75360 | GP Interest | 100% | GP Interest |
| Indian Territory Holdings, LLC<br>6116 N. Central Expy., Suite 1400<br>Dallas, TX 75206 | Limited Partnership Interests | 50% | Limited Partnership Interests |
| Wadley Family Investments, LLC<br>2930 Adams Road<br>Norman, OK 73069 | Limited Partnership Interests | 50% | Limited Partnership Interests |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Person** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 15, 2024**    Signature _/s/ Stewart B. Hoge_

Stewart B. Hoge

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders